No. 701.   CROSS *v.* BUSH, WARDEN.   December 9, 1946. Petition for writ of certiorari to the Supreme Court of Michigan denied.

No. 709.   ROSS *v.* NIERSTHEIMER, WARDEN.   December 9, 1946.   Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 713.   PROKOP *v.* RAGEN, WARDEN.   December 9, 1946.   Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 714.   WILSON *v.* RAGEN, WARDEN.   December 9, 1946.   Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 716.   ABBOTT *v.* PENNSYLVANIA BOARD OF PAROLE. December 9, 1946.   Petition for writ of certiorari to the Supreme Court of Pennsylvania denied.

No. 334.   FOWLER *v.* GILL, GENERAL SUPERINTENDENT. December 9, 1946.   The motions for a restraining order, for joinder of party respondent, and to strike respondent's memorandum are denied.   The petition for writ of certiorari to the United States Court of Appeals for the District of Columbia is denied.   Petitioner *pro se.   Acting Solicitor General Washington* and *Robert S. Erdahl* for respondent.